# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN ANTONIO VELASQUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | CIVIL ACTION H-05-2105 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER OF DISMISSAL</u>

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 28th day of December, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge